# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Shi Rong Zhang, Qiu Mei Zeng, Chengzou Liu, Vincent Feng, Da Zeng, Wei Qing Zeng, Xian Rong Zeng, Qiu Fang Zeng | ) ) ) ) ) | Case No. 22-5218 -JGD |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 2021 through June 2022 in the county of Suffolk, Norfolk & elsewhere in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | (1) money laundering conspiracy, and |
| 18 U.S.C. § 1960 | (2) conducting unlicensed money transmitting business |

This criminal complaint is based on these facts:

See Attached Affidavit of DEA Special Agent Brady O'Donnell

☑ Continued on the attached sheet.

*Brady O'Donnell*
*Complainant's signature*

DEA Special Agent, Brady O'Donnell
*Printed name and title*

Sworn to via telephone in accordance with Fed. R. Crim. P. 4.1

Date: 06/27/2022

*Judith Gail Dein*
*Judge's signature*

City and state: Boston, Massachusetts

Honorable Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*