# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Boston

**Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.     Case No.
Same Defendant     New Defendant
Magistrate Judge Case Number: 22-5118-JGD
Search Warrant Case Number: see below
R 20/R 40 from District of

## Defendant Information:

**Defendant Name:** Qiu Fang Zeng     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** (City & State) Quincy, MA

**Birth date (Yr only):** 1962    **SSN (last4#):** 3367    **Sex:** F    **Race:** A    **Nationality:** Chinese

**Defense Counsel if known:**     **Address:**

**Bar Number:**

## U.S. Attorney Information:

**AUSA** Lauren A. Graber     **Bar Number if applicable** 679226

**Interpreter:** ☑ Yes ☐ No     List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date:** 06/27/2022

☑ Already in Federal Custody as of 06/27/2022 in
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:    on

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 06/27/2022     **Signature of AUSA:**

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Qiu Fang Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**     Category No. **II**     Investigating Agency **DEA**

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number **22-5118-JGD**
Search Warrant Case Number **see below**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Xian Rong Zeng     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Hanover, MA

Birth date (Yr only): 1977    SSN (last4#): 9325    Sex: M    Race: A    Nationality: Chinese

**Defense Counsel if known:** _____     Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Lauren A. Graber     Bar Number if applicable: 679226

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date:** 06/27/2022

☑ Already in Federal Custody as of 06/27/2022 in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/27/2022     Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Xian Rong Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** DEA |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number 22-5118-JGD | |
| | Search Warrant Case Number see below | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Wei Qing Zeng     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Quincy, MA

Birth date (Yr only): 1963   SSN (last4#): 2148   Sex: M   Race: A   Nationality: Chinese

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Lauren A. Graber     Bar Number if applicable: 679226

Interpreter: ☑ Yes  ☐ No     List language and/or dialect: Mandarin

Victims: ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED: ☐ Yes  ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date:** 06/27/2022

☑ Already in Federal Custody as of 06/27/2022 in _____ .
☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/27/2022     Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Wei Qing Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 22-5118-JGD
Search Warrant Case Number: see below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Da Zeng    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Massachusetts

Birth date (Yr only): 1991   SSN (last4#): 6192   Sex: M   Race: A   Nationality: Chinese

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Lauren A. Graber    Bar Number if applicable: 679226

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/27/2022    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Da Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 22-5118-JGD
Search Warrant Case Number: see below
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Vincent Feng    Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

**Alias Name:**

**Address:** (City & State) Quincy, MA

**Birth date (Yr only):** 1989   **SSN (last4#):** 1856   **Sex:** M   **Race:** A   **Nationality:** Chinese

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA:** Lauren A. Graber    **Bar Number if applicable:** 679226

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** Mandarin

**Victims:** ☐ Yes ☒ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** 06/27/2022

☒ Already in Federal Custody as of 06/27/2022 in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☒ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☐ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 06/27/2022    **Signature of AUSA:** _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Vincent Feng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Boston__     **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __22-5118-JGD__
Search Warrant Case Number __see below__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Chengzou Liu__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __Braintree, MA__

Birth date (Yr only): __1986__    SSN (last4#): __9636__    Sex __M__    Race: __A__    Nationality: __Chinese__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Lauren A. Graber__     Bar Number if applicable __679226__

**Interpreter:** ☑ Yes ☐ No     List language and/or dialect: __Mandarin__

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/27/2022     Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Chengzou Liu

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK;

21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK

21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK

22-6183-6184-MPK; 22-5182-5186

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 22-5118-JGD
Search Warrant Case Number see below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Qiu Mei Zeng    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Windham, NH

Birth date (Yr only): 1975   SSN (last4#): 8409   Sex: F   Race: A   Nationality: Chinese

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Lauren A. Graber    Bar Number if applicable 679226

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 06/27/2022

☑ Already in Federal Custody as of 06/27/2022 in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/27/2022    Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Qiu Mei Zeng

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. __II__    Investigating Agency __DEA__

**City** __Boston__    **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __22-5118-JGD__
Search Warrant Case Number __see below__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Shi Rong Zhang    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Alan Zhang

Address: (City & State) Windham, NH

Birth date (Yr only): 1974   SSN (last4#): 1268   Sex: M   Race: A   Nationality: Chinese

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Lauren A. Graber    Bar Number if applicable: 679226

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 06/27/2022

☑ Already in Federal Custody as of 06/27/2022 in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/27/2022    Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Shi Rong Zhang

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK; 21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK; 21-6596-6599-MPK; 21-6631-6636-MPK 21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA (D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK 22-6183-6184-MPK; 22-5182-5186

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013